# Exhibit 1

# FANI T. WILLIS



**Fulton County District Attorney Elect 2021**
750 PIEDMONT AVENUE NE
ATLANTA, GA 30308
404-855-5055

## INVITATION LETTER

Greetings Amanda Tipson:

Congratulations! We are pleased to extend an invitation to join the 2021 Administration of the Office of the Fulton County District Attorney. On Monday, January 18, 2021, you will begin working in the role of **Program Manager (Juvenile)**; until then, you are expected to handle the responsibilities associated with your current role.

Prior to starting your new role, you will receive information regarding:
- The Administration's COVID Response Plan;
- The name and contact information of your direct supervisor;
- The list of expectation and responsibilities for employees assigned to your Division;
- Your specific courtroom assignment, caseload and calendars;
- Office relocation dates;
- If applicable, a request for transition memo related to current position;

It is our pleasure to extend an invitation to join 2021 Administration. If you intend to accept this invitation, this sign, date and return to faniwillisda@fultoncountyga.gov on, or before, Friday, December 11th.

We look forward to working with you in 2021.

Sincerely,

*Jeff DiSantis*
Jeff DiSantis
Chair, Hiring Committee
Office of the Fulton County District Attorney-Elect

( ) Accept          ( ) Decline

_____    _____
Signature                 Date



# OFFICE of the FULTON COUNTY DISTRICT ATTORNEY - ELECT

**FANI T. WILLIS**
**DISTRICT ATTORNEY- ELECT**

## Integrity Transition Hiring Committee
### ANNOUNCEMENTS

*Please join us in congratulating the following Executive Staff on being selected to the 2021-2024 Administration.*

---

**Chief Programs Director**
Outside Candidate

**Program Manager Adult Diversion**
Open Position

**Program Manager Juvenile Diversion**
Amanda Timpson

**Program Manager - Community Programs & Volunteers and Interns**
Lydia Toomer Popoola

**Director of Victim Witness Assistances**
Chandrika Derricho

**Public Affairs Manager I**
Outside Candidate

**Public Affairs Manager II**
Open Position

**Information Technology Manager**
Tashekka Fleming

**Personnel Director**
Outside Candidate

**Purchasing Manager**
Avanell Tracey-Goff

**Travel Manager**
Outside Candidate

**Director of Trial Graphics**
Michael Makins

**Records Supervisor**
Open Position

**Justice Liaison**
Outside Candidate

**Jail Call Manager**
Marlene Allen

## Fwd: Need BIO for website

Timpson, Amanda <Amanda.Timpson@fultoncountyga.gov>
Mon 12/14/2020 1:37 PM

To: atimpson@live.com <atimpson@live.com>

📎 1 attachments (170 KB)
BIO_TEMPLATE.PDF;

Sent via the Samsung Galaxy S7, an AT&T 4G LTE smartphone

-------- Original message --------
From: "Willis, Fani" <Fani.WillisDA@fultoncountyga.gov>
Date: 12/14/20 1:53 PM (GMT-05:00)
To: "Willis, Fani" <Fani.WillisDA@fultoncountyga.gov>
Cc: Dexter Bond <dbond@fcda-elect2021.com>
Subject: Need BIO for website

*Fani T. Willis*

Office of The District Attorney Elect

2021-2024

December 14th , 2020

Congratulations!

Our Transition Team has interviewed over 400 applicants to join the Fulton County District Attorney 2021 Administration.  Those interviews are on-going -- many decisions are not yet determined, including final titles, salaries and positions.  However, I write to inform you --

regardless of those pending decisions, you have been selected to join the 2021 Administration's Executive Leadership Team. While your title and specific role will be communicated to you at a later, I wanted to get you started on something special that I have planned for our Leadership Team.

Our Administration's success is directly related to the successes of my staff -- especially, my Executive Leadership. As an Executive Lead, you will play a critical role of changing and rebranding the culture in our office. As such, I want Fulton County citizens to know who I have trusted to bring change to this office. Therefore, I am asking that you submit a short biography for our website.

I intend to showcase the qualifications and talent that I see in you -- so, I am asking that your Biography covers the following: 1) years of practice, 2) years as prosecutor, 3) state bar membership, 4) membership in civic organizations, 5) professional experience (including any special units) and 6) education and degrees earned. I have attached a sample biography to use as a model.

I am asking that you submit you biography to me on, or before, Wednesday, December 16th at noon. Your BIO will be turned over to our website designed the next day.

Thank you and congratulations on joining the Leadership Team for the 2021 Fulton County District Attorney Administration.

Sincerely,

Transition Team