# Exhibit 3

OFFICE OF THE FULTON COUNTY DISTRICT ATTORNEY
ATLANTA JUDICIAL CIRCUIT
136 PRYOR STREET SW, 3RD FLOOR
ATLANTA, GEORGIA 30303

*Fani T. Willis*
District Attorney



TELEPHONE 404-612-4639

January 14, 2022

***Via Hand-Delivery*__

Dear Amanda Timpson:

As you know, you serve as an at-will employee with the Office of the Fulton County District Attorney. As an at-will employee, your services may be terminated with or without case.

Please accept this correspondence as notice that your services to this office are no longer needed. As of today, January 14, 2022, you are hereby terminated as an employee of the Office of the Fulton County District Attorney.

This letter of termination will be submitted to the County's Human Resource Department. Upon receipt, the County's Human Resource Department will contact you to provide information on unemployment benefits, your last pay check, and to arrange the return of all office-issued property.

Yours in service,

Fani T. Willis
District Attorney

State of Georgia
Department of Labor

## SEPARATION NOTICE

Employee's Name Amanda Timpson

1. SSN 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

   a. State any other name(s) under which employee worked. _____

2. Period of Last Employment: From 12/26/2018    To 01/14//2022

3. REASON FOR SEPARATION:

   a. LACK OF WORK [ ]

   b. If for other than lack of work, state fully and clearly the circumstances of the separation: Employee Discharge

4. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.)
   (DO NOT include vacation pay or earned wages)
   _____ in the amount of $_____ for period from _____ to _____
   (type of payment)

   Date above payment(s) was/will be issued to employee _____

   IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.
   _____ per month _____ of contributions paid by employer

5. Did this employee earn at least $7,300.00 in your employ? YES [X]    NO [ ]   If No, how much? $_____
   Average Weekly Wage _____

Employer: FULTON COUNTY GOVERNMENT
          141 PRYOR STREET, SUITE 3030
          ATLANTA, GEORGIA 30303
          EMPLOYER EIN: 58-6001729

For Unemployment Claims:

Name: CORPORATE COST CONTROL
      P.O. BOX 1180
      LONDONDERRY, NH 03053
      Tel. No.: 614-300-6350 ext. 463  Fax No.: 614-300-6351

Attention: Greg Montjoy
Email: gmontjoy@corporatecostcontrol.com

Ga. D. O. L. Account Number 120068-02
This is the number assigned to the employer by Georgia Department of Labor.

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

_[signature]_

_____
Signature of Official, Employee of the Employer
or authorized agent for the employer

Deputy of Operations
Title of Person Signing

01/31/2022
Date Completed and Released to Employee

### NOTICE TO EMPLOYER

At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190(c), to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on a DOL-1199FF, you may attach a copy of this form (DOL-800) as a part of your response.

**NOTICE TO EMPLOYEE**
**OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR FIELD SERVICE OFFICE IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

## INSTRUCTIONS TO EMPLOYER FOR COMPLETION
## OF THIS SEPARATION NOTICE

In accordance with the Employment Security Law, OCGA Section 34-8-190(c) and Rules pursuant thereto, a Separation Notice **must** be completed for each worker who leaves your employment, regardless of the reason for the separation. This notice shall be used where the employer-employee relationship is terminated and shall not be used when partial (DOL-408) or mass separation (DOL-402) notices are filed.

Item 1. Enter employee's name as it appears on your records. If it is different from the name appearing on the employee's Social Security Card, report both names.

Item 2. Enter the employee's Social Security Number. **Verify for correctness.**

Item 3. Enter the dates of employee's most recent work period.

Item 4.  a. If the reason for separation is for "LACK OF WORK," check box indicated.
  b. If the reason for separation is OTHER THAN "lack of work," give complete details about the separation in space provided. If needed, add a separate sheet of paper.

Item 5. If any type payment, (i.e. Separation Pay, Wages-in-lieu of Notice, etc.) was made, indicate the type of payment and the period for which payment was made beyond the last day. Give the date on which the payment was/willbe issued to the employee. DO NOT include vacation pay or earned wages.

Item 6. Check the appropriate block YES or NO to indicate whether this employee earned at least $7,300.00 in your employ. If you check NO, enter amount earned in your employ. Give average weekly wage (without overtime) at the time of separation.

Employer's Name.    Give full name of employer under which the business is operated.

Address.    Give full mailing address of the employer where communications are to be sent in regard to any potential claim.

Company's Georgia DOL Account Number.    Your state DOL Unemployment Insurance Account Number as it appears on your Quarterly Tax and Wage Report, Form DOL-4.

Signature.    This notice must be signed by an officer or employee of the employer or authorized agent for the employer, and this person's title or position held with the employer must be shown.

Date.    This notice must be dated as of the date it is handed to the worker. If the employee is no longer available at the time employment ceases, mail this form (DOL-800) to the employee's last known address and enter date the form is mailed.

OCGA Section 34-8-256(b)
PENALTY FOR OFFENSES BY EMPLOYERS. "Any employing unit or any officer or agent of an employing unit or any other person who knowingly makes a false statement or representation or who knowingly fails to disclose a material fact in order to prevent or reduce the payment of benefits to any individual entitled thereto or to avoid becoming or remaining subject to this chapter or to avoid or reduce any contribution or other payment required from an employing unit under this chapter or who willfully fails or refuses to make any such contributions or other payment or to furnish any reports required under this chapter or to produce or permit the inspection or copying of records as required under this chapter shall upon conviction be guilty of a misdemeanor and shall be punished by imprisonment not to exceed one year or fined not more than $1,000.00 or shall be subject to both such fine and imprisonment. Each such act shall constitute a separate offense."

OCGA Section 34-8-122(a)
PRIVILEGED STATUS OF LETTERS, REPORTS, ETC., RELATING TO ADMINISTRATION OF CHAPTER. "All letters, reports, communications, or any other matters, either oral or written, from the employer or employee to each other or to the department or any of its agents, representatives, or employees, which letters, reports, or other communications shall have been written, sent, delivered, or made in connection with the requirements of the administration of this chapter, shall be absolutely privileged and shall not be made the subject matter or basis for any action for slander or libel in any court of the State of Georgia."