# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

AMANDA TIMPSON,

   Plaintiff,

v.                                          CAFN: 1:22-cv-05115-WMR-JSA

FULTON COUNTY DISTRICT
ATTORNEY'S OFFICE and
FANI WILLIS, in her individual
Capacity as Fulton County DA,

   Defendants.

## **PROPOSED ORDER**

Before the Court is Plaintiff's Motion for Clerk's Entry of Default Against Defendants. Having considered the motion and for good cause shown, this Court GRANTS Plaintiff's Motion.

IT IS SO ORDERED this _____ Day of April, 2023.

 

_____
HONORABLE JUDGE
JUSTIN S. ANAND