# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMANDA TIMPSON, <br><br> Plaintiff, <br><br> v. <br><br> FULTON COUNTY DISTRICT ATTORNEY'S OFFICE and FANI WILLIS in Her Individual Capacity as Fulton County DA, <br><br> Defendants. | CIVIL ACTION FILE NO: <br><br> 1:22-CV-05115-WMR |

## ORDER

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R") [Doc. 21], which recommends that the Motion to Open Default [Doc 15] and the Motion to Dismiss [Doc 16] be granted. No objection to the R&R has been filed.

## I. LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1), the Court reviews the R&R for clear error if no objections are filed by a party within fourteen days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of

1

the R&R that is the subject of a proper objection. *Id*. As no objection to this R&R has been filed in this case, the clear error standard applies.

## II. CONCLUSION

After considering the Final Report and Recommendation [Doc. 21], the Court receives the R&R with approval and adopts its findings and legal conclusions as the Opinion of this Court. Accordingly, the Motion to Open Default [Doc. 15] is **GRANTED.** Additionally, the Motion to Dismiss [Doc. 16] is **GRANTED.** The claims against the Fulton County District Attorney's Office are dismissed without prejudice and the claims against Fani Willis are dismissed with prejudice. As there is nothing further in this case before this Court, the Clerk of Court is directed to terminate this action.

**IT IS SO ORDERED**, this 28th day of November, 2023.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE