**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

AMANDA TIMPSON,

                  Plaintiff,

vs.

FULTON COUNTY DISTRICT
ATTORNEY'S OFFICE, et al.,

                  Defendants.

CIVIL ACTION FILE

NO. 1:22-CV-5115-WMR

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 28th day of November, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/Jill Ayers
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 28, 2023
Kevin P. Weimer
Clerk of Court

By:   s/Jill Ayers
        Deputy Clerk